UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD EUGENE JAMES,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>Defendants. | No.  2:22-cv-02193-DAD-JDP (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF<br><br>(Doc. Nos. 106, 112) |

Plaintiff Ronald Eugene James is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 18, 2025, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motion for injunctive relief be denied.  (Doc. No. 112 at 2–3.) Specifically, the magistrate judge concluded that plaintiff had not adequately identified the contours of the injunctive relief he was seeking, had not addressed the relevant factors for the granting of injunctive relief, and that to the extent plaintiff sought injunctive relief regarding the handling of his legal mail such was not sufficiently connected to the claims asserted in this action. (*Id.*)

/////

1

The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 4.) On September 16, 2025, plaintiff filed lengthy objections of to the findings and recommendations. (Doc. No. 116.) Although the proof of service reflects that plaintiff's objections were not timely filed as of the date they were provided to prison officials by plaintiff for filing (*id.* at 60), the court will nonetheless consider them. In his objections, plaintiff argues that in lengthy but conclusory fashion that the injunction he seeks regarding his legal materials is sufficiently related to the claims he has asserted in this action. (*Id.* at 1–4.) Plaintiff also specifies that he seeks injunctive relief to prevent prison officials from confiscating and discarding his confidential correspondence, opening his confidential correspondence outside of his presence and copying his confidential correspondence and providing it to another inmate. (*Id.* at 10.) Plaintiff has, however, made no showing that he is entitled to the requested preliminary or permanent injunctive relief and his objections provide no basis upon which to reject the pending findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including plaintiff's objections, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on August 18, 2025 (Doc. No. 112) are adopted in full;

2. Plaintiff's motion for injunctive relief (Doc. No. 106) is denied; and

3. This matter is referred back to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:    **February 12, 2026**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2