UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD EUGENE JAMES,

Plaintiff,

v.

COUNTY OF SACRAMENTO, *et al.*,

Defendants.

Case No.  2:22-cv-2193-DAD-JDP (P)

ORDER

Defendants have filed a motion seeking to modify the scheduling order.  ECF No. 136. They ask that discovery be extended to ninety days of the date of any order granting their motion. Good cause being shown, their request will be granted.

1

It is, therefore, ORDERED that:

1.     Defendants' motion to modify the scheduling order, ECF No. 136, is GRANTED.

2.     Discovery is extended and should be completed, including the filing of any motions to compel, within ninety days of this order's entry.  Defendants are permitted to take plaintiff's deposition.

IT IS SO ORDERED.

Dated:    May 8, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2