UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD EUGENE JAMES,<br><br>       Plaintiff,<br><br>   v.<br><br>SAUCEDO, et al.,<br><br>       Defendants. | No.  2:22-cv-2193-DAD-JDP (P)<br><br>ORDER ADOPTING IN FULL FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION OF DISCOVERY RELATED ORDERS<br><br>(Doc. Nos. 133, 135, 138) |

Plaintiff Ronald Eugene James is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 9, 2026, the assigned magistrate judge issued an order denying several discovery related motions brought by plaintiff and modifying the scheduling order in this case with respect to the discovery cutoff date.  (Doc. No. 132.)  Plaintiff filed a motion for reconsideration of that order.  (Doc. No. 133.)  On April 24, 2026, the magistrate judge issued findings and recommendations recommending that plaintiff's motion for reconsideration of the discovery order be denied.  (Doc. No. 135.)

/////

1

The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service.  (*Id.* at 2.)  On May 18, 2026, the court received plaintiff's objections.  (Doc. No. 138.)  Therein, plaintiff again argues that the magistrate judge's discovery order erroneously rejected plaintiff's arguments and alleges, without making any showing in support of the allegation, that the magistrate judge is biased against plaintiff and should be recused from this case.  (*Id.*)  Plaintiff's objections lack support, are meritless and provide no basis upon which to reject the pending findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, including plaintiff's objections, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1.      The findings and recommendations issued on April 24, 2026 (Doc. No. 135) are adopted in full;

2.      Plaintiff's motion for reconsideration (Doc. No. 133), is denied;

3.      To the extent plaintiff's motion for reconsideration (Doc. No. 133) and his objections (Doc. No. 138) to the pending findings and recommendation may be construed as a motion to recuse the assigned magistrate judge, any such motion is denied; and

4.      This matter is referred back to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:    **June 10, 2026**                          _____

DALE A. DROZD
UNITED STATES DISTRICT JUDGE